## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY J. VIENS, PAMELA J. VIENS, KAREN L. WELLIKOFF, FINNEY LANE REALTY ASSOCIATES, LLC,<br><br>*In their own right and as representatives of all similarly situated Connecticut landlords,*<br><br>and the CONNECTICUT FAIR HOUSING CENTER,<br><br>*Plaintiffs,*<br><br>v.<br><br>AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY,<br><br>*Defendant.* | Case No. 3:14-cv-000952-JBA |

## JOINT MOTION TO APPROVE CONSENT DECREE

Plaintiffs Jeffrey Viens, Pamela Viens, Karen Wellikoff, Finney Lane Realty Associates, LLC, and the Connecticut Fair Housing Center, and Defendant American Empire Surplus Lines Insurance Company respectfully request that the Court approve the executed Consent Decree filed herewith as Appendix 1.

Respectfully submitted,

| | |
|---|---|
| RELMAN, DANE & COLFAX PLLC | SHIPMAN & GOODWIN LLP |
| Dated: August 27, 2015 | Dated: August 27, 2015 |
| By: /s/ Stephen M. Dane<br>  Stephen M. Dane (*pro hac vice*)<br>  Jean Zachariasiewicz (*pro hac vice*)<br>  RELMAN, DANE & COLFAX, PLLC<br>  1225 19th St. NW, Suite 600<br>  Washington, D.C. 20036-2456 | By: /s/ Jill O'Toole<br>  Jill O'Toole<br>  Diane Polletta<br>  SHIPMAN & GOODWIN LLP<br>  One Constitution Plaza<br>  Hartford, CT 06103-1919 |

Tel: (202) 728-1888  
Fax: (202) 728-0848  
E-mail: sdane@relmanlaw.com  
       jzachariasiewicz@relmanlaw

Greg Kirschner [ct26888]  
CONNECTICUT FAIR HOUSING CENTER  
221 Main St., 4th Floor  
Hartford, CT 06106  
Tel: (860) 263-0728  
Fax: (860) 247-4236  
Email: greg@ctfairhousing.org

*Counsel for Plaintiffs*

Tel.: (860) 251-5000  
Fax: (860) 251-5218  
E-mail: jotoole@goodwin.com  
       dpolletta@goodwin.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 27, 2015, copies of the foregoing Joint Motion to Approve Consent Decree were served via ECF on all counsel of record.

                                            /s/ Jean M. Zachariasiewicz
                                            Jean M. Zachariasiewicz